UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IN ADMIRALTY

IN THE MATTER OF THE
PETITION OF JEFF REVIS                    Case No.: 5:24-cv-614-JSM-PRL
WRECKER SERVICE, INC.  d/b/a
CIRCLE HOOK FISHING, as owner of
a 2018 36-foot Yellowfin, Hull Identification
Number (HIN) YFY36509C818,
for Exoneration from
and/or Limitation of Liability,

        Petitioner.
_____/

**ORDER APPROVING LETTER OF UNDERTAKING**
**AS SECURITY FOR LIMITATION FUND,**
**<u>DIRECTING ISSUANCE OF NOTICE AND INJUNCTION</u>**

A Complaint having been filed herein on November 12, 2024, by JEFF REVIS

WRECKER SERVICE, INC.  d/b/a  CIRCLE HOOK FISHING ("Circle Hook"),

as owner of a 2018 36-foot Yellowfin, Hull Identification Number (HIN)

YFY36509C818, FL Registration No. FL3860SK (the "Vessel"), for exoneration from

and/or limitation of liability as provided for in the Act of Congress embodied in <u>46</u>

<u>U.S.C. §§ 30501</u> *et seq*. and pursuant to Rule F of the Supplemental Rules for Certain

Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, together with

the statutes supplemental thereto and amendatory thereof, and also contesting its

liability independently of the limitation of liability claims under said Acts, Treaty or

Code for any loss, damages, deaths, personal injuries, damage or destruction of

property or other occurrences arising from the incident which occurred on or about

July 4, 2024, on the navigable waters of the United States, namely, the Crystal River in Crystal River, Florida, as further described in the Complaint, and said Complaint also stating the alleged facts and circumstances on which such exoneration from or limitation of liability is claimed;

And Petitioner having deposited with the Court as security for the benefit of Claims, a Letter of Undertaking not less than or equal to the amount or value of its interest in the Vessel, as required by the rules of this Court and by the law;

IT IS ORDERED AND ADJUDGED that the Letter of Undertaking for the value of Petitioner's interest in the Vessel, for no more than the amount of $289,000.00, be accepted as security for the purposed of this action and that it be approved as to form and quantum.

IT IS FURTHER ORDERED AND ADJUDGED that Petitioner and any Claimant who may properly become a party hereto may contest the amount of value of Petitioner's interest in the Vessel as fixed in said Letter of Undertaking, subject to such increases or decreases in the amount of the Letter of Undertaking, together with adequate security, as the Court may from time to time order according to the rules and practices of this Court.

IT IS FURTHER ORDERED AND ADJUDGED that if the amount of the Letter of Undertaking is not contested by any Claimant herein, said Letter of Undertaking shall stand as Security for Value and an appraisal by a Commissioner will not be required.

NOW, THEREFORE, it is ordered that a Monition issue out of and under the seal of this Court against all persons or corporations claiming damage for any and all loss, destruction, damage, injuries, and/or death allegedly as a result of the occurrences and happenings recited in the Complaint, to file their respective claims with the Clerk of this Court and to serve on or mail to the attorneys for the Petitioner copies thereof on or before March 4, 2025, and that all persons or corporations so presenting claims and desiring to contest the allegations of the Complaint shall file an answer to the Complaint in this Court and shall serve on or mail to the attorneys for the Petitioner copies thereof, or be defaulted.

IT IS FURTHER ORDERED that said Notice of Monition be published, as required by Supplemental Rule F(4) and the Admiralty and Maritime Practice Manual of the United States District Court for the Middle District of Florida, once each week for four successive weeks in an approved newspaper of general circulation in Citrus County, Florida and Marion County, Florida, prior to the date fixed for the filing of claims, and that not later than the date of the second weekly publication a copy of said notice to be mailed by Petitioner to every person or corporation known by the Petitioner to have a claim against Petitioner arising out of the incident set forth in the Complaint.

IT IS FURTHER ORDERED that the commencement or further prosecution of any action, suit or proceeding in any court whatsoever, and the institution and prosecution of any suits, actions or legal proceedings, or any nature or description whatsoever, in any court whatsoever, except in these proceedings, in respect to any

claim arising out of, or connected with the incident set forth in the Complaint herein, be and the same are hereby STAYED AND RESTRAINED until the final determination of this proceeding.

IT IS FINALLY ORDERED that the service of this Order as a restraining order in this District may be made in the usual manner as any other district of the United States by delivery by the Marshal of the United States for such District of a certified copy of this Order on the person or persons to be restrained or to their respective attorneys, or alternatively, by mailing a conformed copy of it to the person or persons to be restrained or to their respective attorney.

DONE AND ORDERED in Ocala, Florida this 6th day of December, 2024.

_____
HONORABLE PHILIP R. LAMMENS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record