UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IN ADMIRALTY

IN THE MATTER OF THE
PETITION OF JEFF REVIS
WRECKER SERVICE, INC. d/b/a
CIRCLE HOOK FISHING, as owner of
a 2018 36-foot Yellowfin, Hull Identification
Number (HIN) YFY36509C818,
for Exoneration from
and/or Limitation of Liability,

   Case No.: 5:24-cv-614-JSM-PRL

  Petitioner.
_____/

**<u>MONITION</u>**

TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA:

  WHEREAS, a Complaint was filed in the United States District Court for the Middle District of Florida on the 12th day of November 2024 by the Petitioner, JEFF REVIS WRECKER SERVICE, INC. d/b/a CIRCLE HOOK FISHING ("Circle Hook"), for exoneration from or limitation of liability as the owner of a 2018 36-foot Yellowfin, Hull Identification Number (HIN) YFY36509C818, FL Registration No. FL3860SK (the "Vessel"), with respect to losses, damages, and injuries occasioned by or occurring as a result of an incident involving said Vessel on July 4, 2024, for the reasons mentioned in said Petition, and praying that a Monition be issued out of said Court citing all persons claiming damages by reason of the matters aforesaid to appear before said Court and to make due proof of their respective claims and to answer the

1

allegations of the Petition, and that if it shall appear that Petitioner is liable for any such losses, damages, or injuries that Petitioner's liability be limited to the amount or value of Petitioner's interest in the Vessel immediately following the incident described in said Petition, and praying for other further relief; and

WHEREAS, Petitioner has caused to be deposited with the office of the Clerk of the District Court a Letter of Undertaking for the sum of $289,000.00, and the Court having directed by an Order entered herein that a Monition be issued against all persons or corporations claiming damages for any losses, destruction, injuries, or death arising out of the incident described in the said Petition, citing them to file their respective claims with the Clerk of the Court and to serve on or mail to attorneys for Petitioners a copy thereof on or before March 4, 2025.

YOU ARE THEREFORE COMMANDED to cite all persons or corporations claiming damages for losses or injury arising out of said incident of July 4, 2024, to file their respective claims with the Clerk of the Court and to serve on or mail to Anthony J. Cuva, Turkel Cuva Barrios, P.A., 100 North Tampa Street, Suite 1900, Tampa, Florida 33602, attorney for Petitioner, a copy thereof on or before March 4, 2025 and

YOU ARE ALSO COMMANDED to cite such claimants to appear and answer the Petition herein on or before the date last named or within such further time as the Court may grant, and to have and receive such further relief as may be due.

And what you have done in the premises, do you then make return to this Court together with this writ.

Dated this 6th day of December, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:
Counsel of record