**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

IN THE MATTER OF:

v.                                                                                  Case No: 5:24-cv-614-JSM-PRL

THE PETITION OF JEFF REVIS
WRECKER SERVICE, INC. d/b/a
CIRCLE HOOK FISHING as
owner of a 2018 36-foot Yellowfin,
Hull Identification Number (HIN)
YFY36509C818, IN A CAUSE OF
EXONERATION FROM OR
LIMITATION OF LIABILITY

_____

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 16).  No appearance was made on behalf of any potential claimants.  The Clerk of Court entered a default as to all non-appearing claimants.  The Court notes that neither Petitioner nor any potential claimant filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 16) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Petitioner's Motion for Entry of Default Judgment for exoneration from liability against all non-appearing potential claimants (Dkt. 15) is GRANTED.

3. The Clerk is directed to enter a Final Judgment for Exoneration by Default in favor of Petitioner and against all claimants having an interest in this matter who failed to appear in this action.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of July, 2025.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record